**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 833 MAL 2017
:
     Respondent :
: Petition for Allowance of Appeal from
: the Order of the Superior Court
   v. :
:
:
LYNN ALAN PADGETT, :
:
     Petitioner :

## ORDER

**PER CURIAM**

   **AND NOW**, this 8th day of May, 2018, the Petition for Allowance of Appeal is **DENIED**.